IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Nathan Connolly and Shani Mott,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Shane Lanham, 20/20 Valuations, LLC, and loanDepot,com, LLC,<br><br>　　　　Defendants. | Civil Action No. 1:22-cv-02048-SAG |

**<u>ORDER</u>**

UPON CONSIDERATION of Plaintiffs Nathan Connolly and Shani Mott and Defendants Shane Lanham, 20/20 Valuations, LLC, and loanDepot.com, LLC's third Joint Motion to Extend Time to Respond to Complaint, all subsequent corresponding filings, and any argument, it is by the United States District Court for the District of Maryland hereby:

ORDERED that Plaintiffs Nathan Connolly and Shani Mott and Defendants Shane Lanham, 20/20 Valuations, LLC, and loanDepot.com, LLC's Second Joint Motion to Extend Time to Respond to Complaint is GRANTED; and it is,

ORDERED that the deadline for Defendants to respond to the Complaint is extended to December 12, 2022, and the briefing schedule for motions to dismiss is as follows:

a)　　Defendants' motions to dismiss are due on December 12, 2022;

b)　　Plaintiffs' oppositions to the motions to dismiss are due on January 27, 2023; and

c)　　Defendants' replies are due on February 17, 2023.

DATED: November 8, 2022　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　The Honorable Stephanie A. Gallagher
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　All Counsel of Record

J:\2C828\Motion\Joint Motion to Set Briefing Schedule-3-Order.docx