**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

Nathan Connolly and Shani Mott, *

    **Plaintiff,**

            *

    **v.**          **Case No.** 1:22-cv-02048-SAG

Shane Latham, et al., *

    **Defendant.** *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that Mortgage Bankers Association
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| (name of member) | (state of citizenship) |
| --- | --- |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

April 21, 2023  /s/ Brian D. Frey
Date  Signature

Brian D. Frey, Maryland Bar No. 17592
Printed name and bar number

Alston & Bird LLP
950 F Street NW
Washington, DC 20004
Address

brian.frey@alston.com
Email address

(202) 239-3067
Telephone number

(202) 239-3333
Fax number

# CERTIFICATE OF SERVICE

I hereby certify that on this day I filed a true and correct copy of the within and foregoing with the Clerk of Court using the Court's CM/ECF system, which will automatically send notification of such filings to all counsel of record.

This 21st day of April, 2023.

**ALSTON & BIRD LLP**

*/s/ Brian D. Frey*
Brian D. Frey
Maryland Bar No. 17592
The Atlantic Building
950 F Street, NW
Washington, DC 20004
Telephone: 202-239-3300
Facsimile: 202-239-3333
brian.frey@alston.com

*Counsel for the Non-Party Mortgage Bankers Association*