IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **NATHAN CONNOLLY & SHANI MOTT**<br><br>Plaintiffs,<br><br>v.<br><br>**SHANE LANHAM**, *et al.*,<br><br>Defendants. | *<br>*<br>*<br>*<br>*   Civil Case No.: SAG-22-02048<br>*<br>*<br>*<br>*<br>* |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is this 2nd day of August, 2023, **ORDERED** that Defendant Lanham's motion to dismiss, ECF 31, is **GRANTED IN PART** and **DENIED IN PART**, and Defendant loanDepot's motion to dismiss, ECF 32, is **GRANTED IN PART** and **DENIED IN PART**. Specifically, this Court dismisses Count V of Plaintiffs' Amended Complaint, ECF 25, and dismisses Count I of Plaintiffs' Amended Complaint to the extent it relies on 42 U.S.C. § 3604. Plaintiffs' motion to dismiss counterclaims, ECF 44, is **DENIED**.

/s/
Stephanie A. Gallagher
United States District Judge