UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Nathan Connolly and Shani Mott,<br><br>    Plaintiffs,<br><br>    v.<br><br>Shane Lanham, 20/20 Valuations, LLC, and loanDepot.com, LLC,<br><br>    Defendants. | Civil Action No. 1:22-cv-2048-SAG |

## INITIAL JOINT STATUS REPORT

Plaintiffs and Defendants (jointly, the "Parties") jointly submit this Initial Joint Status Report pursuant to this Court's Scheduling Order of October 2, 2023 (the "Scheduling Order").

**I.    MODIFICATION OF SCHEDULING DEADLINES**

The Parties seek to modify the deadlines set in the Court's Scheduling Order, as set forth below. The Parties believe that the proposed schedule adjustments will allow them sufficient time to conduct necessary discovery without unreasonably delaying the progress of the litigation.

The Parties request that Scheduling Order be modified to reflect the following amended deadlines:

The Parties' Proposed Schedule:

a. Deadline for Plaintiffs' expert reports – March 22, 2024

b. Deadline to supplement discovery – April 19, 2024

c. Close of fact discovery – May 17, 2024

d. Deadline for Defendants' expert reports – May 17, 2024

e. Deadline for Plaintiffs' rebuttal expert reports – June 14, 2024

f. Close of expert discovery – July 3, 2024

    g.  Status Report due – July 3, 2024

    h.  Responses to Requests for admission due – July 17, 2024

    i.  Dispositive pretrial motions deadline – September 6, 2024

**II.**    **<u>SETTLEMENT/ADR CONFERENCE</u>**

The parties do not request an early settlement/ADR conference at this time.

**III.**    **<u>DEPOSITION HOURS</u>**

The Parties propose that, for depositions of fact witnesses, Plaintiffs be limited to 10 depositions and no more than 70 deposition hours, Defendant loanDepot be limited to 7 depositions and no more than 49 deposition hours; and Defendants Lanham and 20/20 Valuations, collectively, be limited to 7 depositions and no more than 49 deposition hours. The Parties agree that either side may seek additional depositions by agreement between the Parties or by order of the Court upon showing of good cause.

**IV.**    **<u>MODIFICATIONS TO DISCOVERY PROVISIONS</u>**

For written discovery, the Parties request that the number of Requests for Production be increased to 40 and the number of Requests for Admission be increased to 40, excluding Requests for Admission used to authenticate documents for trial.

**V.**    **<u>MAGISTRATE JUDGE</u>**

The parties do not unanimously consent to proceed before a United States Magistrate Judge.

Dated: October 16, 2023 		Respectfully Submitted,

/s/ John Relman
John Relman (#11482)
Gabriel Diaz*
Soohyun Choi*
David DePriest*
RELMAN COLFAX PLLC
1225 19th Street, NW, Suite 600
Washington, D.C. 20036
Tel: 202-728-1888
Fax: 202-728-0848
jrelman@relmanlaw.com
gdiaz@relmanlaw.com
schoi@relmanlaw.com
ddepriest@relmanlaw.com

*Counsel for Plaintiffs*

/s/ David E. Mills
David E. Mills (#16654)
Michelle L. Rogers*
Jorge Sarmiento*
Katherine L. Halliday
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, D.C. 20004-2400
Tel: 202-842-7800
Fax: 202-842-7899
dmills@cooley.com
mrogers@cooley.com
khalliday@cooley.com
jsarmiento@cooley.com

*Counsel for Defendant loanDepot.com, LLC*

/s/ Mark P. Johnson
Mark P. Johnson (#29091)
Gregg E. Viola (#25737)
ECCLESTON & WOLF, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, Fourth Floor
Hanover, MD 21076
Tel: 410-752-7474
Fax: 410-752-0611

johnson@ewmd.com
viola@ewmd.com

/s/ David S. Wachen
David S. Wachen
Wachen LLC
11605 Montague Court
Potomac, MD 20854
Tel: 240-292-9121
Fax: 301-259-3846
david@wachenlaw.com

*Counsel for Defendants Shane Lanham
And 20/20 Valuations, LLC*

\*admitted pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October 2023, a copy of the foregoing Initial Joint Status Report was filed using the CM/ECF system for the District Court of Maryland.

/s/ John Relman