## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Nathan Connolly, et al.,

    Plaintiffs,

      v.

Shane Lanham, et al.,

    Defendants.

Civil Action No. 1:22-cv-2048-SAG

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT loanDEPOT.com, LLC

Plaintiffs Nathan Connolly and Shani Mott ("Plaintiffs") and Defendants Shane Lanham, 20/20 Valuations, LLC, and loanDepot.com, LLC ("loanDepot") respectfully submit this Stipulation of Voluntary Dismissal of Plaintiffs' claims against Defendant loanDepot in the above-captioned matter, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, in accordance with the Settlement Agreement attached as Exhibit 1.

Plaintiffs and Defendant loanDepot shall bear their own costs.

Plaintiffs' claims against Defendants Shane Lanham and 20/20 Valuations, LLC are not dismissed. Likewise, Defendants Shane Lanham and 20/20 Valuations, LLC's counterclaims against Plaintiffs are not dismissed.

Dated: March 22, 2024

Respectfully Submitted,

/s/ Reed Colfax
Reed Colfax (#15201)
John Relman (#11482)
Jennifer Klar*
Gabriel Diaz*
Soohyun Choi*

David DePriest*
RELMAN COLFAX PLLC
1225 19th Street, NW, Suite 600
Washington, D.C. 20036
Tel: 202-728-1888
Fax: 202-728-0848
rcolfax@relmanlaw.com
jrelman@relmanlaw.com
jklar@relmanlaw.com
gdiaz@relmanlaw.com
schoi@relmanlaw.com
ddepriest@relmanlaw.com

*Counsel for Plaintiffs*

/s/ David E. Mills
David E. Mills (#16654)
Michelle L. Rogers*
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, D.C. 20004-2400
Tel: 202-842-7800
Fax: 202-842-7899
dmills@cooley.com
mrogers@cooley.com

/s/ Jorge Sarmiento
Jorge Sarmiento*
COOLEY LLP
55 Hudson Yards
New York, New York 10001-2157
Tel: 212-479-6000
Fax: 212-479-6275
jsarmiento@cooley.com

*Counsel for Defendant loanDepot.com, LLC*

/s/ Mark P. Johnson
Mark P. Johnson (#29091)
Gregg E. Viola (#25737)
ECCLESTON & WOLF, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, Fourth Floor
Hanover, MD 21076
Tel: 410-752-7474

Fax: 410-752-0611
johnson@ewmd.com
viola@ewmd.com

/s/ David S. Wachen
David S. Wachen (#12790)
Wachen LLC
11605 Montague Court
Potomac, MD 20854
Tel: 240-292-9121
Fax: 301-259-3846
david@wachenlaw.com

*Counsel for Defendants Shane Lanham
and 20/20 Valuations, LLC*

*admitted pro hac vice