# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATHAN CONNOLLY & SHANI MOTT | * |
| Plaintiffs, | * |
| v. | Civil Case No.: SAG-22-2048 |
| SHANE LANHAM, *et al.*, | * |
| Defendants. | * |

## ORDER OF JUDGMENT

For the reasons stated in the accompanying memorandum opinion, it is this 17th day of July, 2025, ORDERED that ECF 110 and ECF 127 are GRANTED.

Judgment is entered in favor of Defendants as to all counts of the Amended Complaint.

Judgment is entered in favor of the Plaintiffs as to all counterclaims.

/s/
Stephanie A. Gallagher
United States District Judge